ACCEPTED
01-15-00895-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
10/23/2015 4:34:02 PM
CHRISTOPHER PRINE
CLERK

CAUSE NO. 15 FD 1550

| | | |
|---|---|---|
| TISHA LEE THIBODEAUX GIBSON | § | IN THE COUNTY COURT |
| Applicant | § | |
| v. | § | COUNTY COURT NO. 1 |
| | § | |
| GREGORY MICHAEL SZANYI, JR. | § | |
| Respondent | § | GALVESTON COUNTY, TEXAS |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/23/2015 4:34:02 PM
CHRISTOPHER A. PRINE
Clerk

NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Respondent, GREGORY MICHAEL SZANYI, JR. and files this his Notice of Appeal:

On August 12, 2015, this Court entered an final appealable order in the above styled and numbered cause. GREGORY MICHAEL SZANYI, JR. hereby appeals the order to the First or Fourteenth Court of Appeals.

Respectfully Submitted

Keith Gross
SBN: 24027357
250 Park Ave.
League City, Texas 77573
832-932-5970 Phone
832-932-5688 Fax
Attorney for Defendant

Certificate of Service

I certify that a true and correct copy of the foregoing instrument was served on opposing counsel in accordance with the TRCP on October 20, 2015.

Keith Gross